

UNITED STATES DISTRICT COURT
Central    DISTRICT OF ILLINOIS

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading. to
U.S. District Court for _Central_ District of Illinois for review and filing.

_Brandon Arriaga_          _M48595_
Name                       ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.   Is this a new civil rights complaint or habeas corpus petition?          Yes or (No)

     If this is a habeas case, please circle the related statute: (28 U.S.C.) 2241 or 28 U.S.C. 2254

2.   Is this an Amended Complaint or an Amended Habeas Petition?          Yes or No

          If yes, please list case number: _____

          If yes, but you do not know the case number, mark here: _____

3.   Should this document be filed in a pending case?          (Yes) or No

          If yes, please list case number: _1:23-cv-01335-sld_

          If yes, but you do not know the case number, mark here: _____

4.   Please list the total number of pages being transmitted:          _1 page_

5.   If multiple documents, please identify each document and the number of pages for each
     document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

     Name of Document                          Number of Pages
     _legal Response card_                     _1 Page_
     _____                   _____
     _____                   _____
     _____                   _____

Please note that discovery requests and responses are NOT to be filed; instead they should be
forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned
unfiled.

10/10/21 MW library

Counseling Summary History

IDOC # M48595          Offender Name ARRIA~ ·  BRANDON V.          MSR Date      05/05/2034
                                                                  HSE-GAL-CELL  XC-C-30

| Date/Time | Location | Type | Method | Staff | Entry Type |
|---|---|---|---|---|---|
| 8/7/2023 08:28:19 | DIX/MAI | Personal | Other | MIXEN, SARA L., Account Technician I | Non-Counseling |
| Comments: OUTGOING: CURTIS DAWSON; SPECIAL DEFENDER; 132 N. KANSAS ST; EDWARDSVILLE, IL 62025 | | | | | |
| 8/7/2023 08:31:36 | DIX/MAI | Personal | Other | MIXEN, SARA L., Account Technician I | Non-Counseling |
| Comments: OUTGOING: MADISON CO. CLERK OFFICE, KYLE NAPP; 157 N.MAIN ST. EDWARDSVILLE, IL 62025 | | | | | |
| 8/22/2023 08:13:53 | DIX/MAI | Personal | Other | MIXEN, SARA L., Account Technician I | Non-Counseling |
| Comments: OUTGOING: BLUHM LEGAL CLINIC; 375 E. CHICAGO AVE; CHICAGO, IL 60611 | | | | | |
| 8/22/2023 09:45:28 | DIX/MAI | Personal | Other | MIXEN, SARA L., Account Technician I | Non-Counseling |
| Comments: INCOMING: CURTIS M. DAWSON, SPECIAL DEFENDER; PO BOX 1015; 132 N. KANSAS ST; EDWARDSVILLE; IL 62025 | | | | | |
| 8/29/2023 09:55:02 | DIX/MAI | Personal | Other | MIXEN, SARA L., Account Technician I | Non-Counseling |
| Comments: INCOMING: CUSTIS M. DAWSON; PO BOX 1015; EDWARDSVILLE, IL 62025 | | | | | |
| 8/30/2023 12:55:48 | DIX/MAI | Personal | Other | MIXEN, SARA L., Account Technician I | Non-Counseling |
| Comments: INCOMING: ARB; 1301 CONCORDIA COURT; PO BOX 19277; SPFLD IL 62794 | | | | | |

Efile

To: law library

case#: 1:23-cv-01335-sld